| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:24-CR-008-Z-(01) |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00113-RFB-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | DISTRICT | DIVISION |
|---|---|---|---|
| Keith Fagiana<br>1328 Gold Avenue<br>Las Vegas, Nevada, 89106 | ✓ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>**APR 25 2025**<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _AMMi_ DEPUTY | Northern District of Texas | Amarillo |
| | | NAME OF SENTENCING JUDGE | |
| | | U.S. District Judge Matthew J. Kacsmaryk | |
| | | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/21/2025 — TO 03/20/2026 |

**OFFENSE**
Interference with Flight Crew

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The District of Nevada has requested a transfer of jurisdiction as the defendant has been a resident of Nevada for over 25 years and plans to continue to reside there with his wife. Furthermore, initiating a transfer of jurisdiction will assist with addressing any matters that may require the Court's attention in an effective manner.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-8-25
*Date*

*[signature]*
U.S. District Judge Matthew J. Kacsmaryk

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/1/2025
*Effective Date*

*[signature]*
*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Keith Fagiana
Case No.: To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

April 25, 2025

TO:   United States District Judge

On October 3, 2024, Mr. Fagiana was sentenced to 3 months imprisonment, followed by 1 year of supervised release for the offense of Interference with Flight Crew in the Northern District of Texas – Amarillo Division. On March 21, 2025, he commenced supervision in the District of Nevada.

Mr. Fagiana has been a resident of Las Vegas, NV, for over 25 years. He was supervised by Pre-Trial Services in the District of Nevada, before his sentencing. Mr. Fagiana plans to continue to reside in Las Vegas, NV, with his wife. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case.

Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Matthew J. Kacsmaryk agreeing to relinquish jurisdiction of this case. Should Your Honor have any questions or concerns, please contact the undesigned officer at (702) 378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by Zack Warner
Date: 2025.04.25 13:35:19 -07'00'

_____
Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.04.25 12:46:07 -07'00'

_____
Steve M Goldner
Supervisory United States Probation Officer